

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

NITED STATES OF AMERICA
Plaintiff
-vs-

JAVIER RODRIGUEZ
Defendant

CASE NUMBER: CR: 09-2160-Turnoff

REPORT COMMENCING CRIMINAL ACTION

81843-004
USMS NUMBER

O: CLERK'S OFFICE  (MIAMI)   FT. LAUDERDALE   W. PALM BEACH
S. DISTRICT COURT            (CIRCLE ONE)

OTE: CIRCLE APPROPRIATE LOCATION FOR APPEARNACE IN MAGISTRATES COURT ABOVE.

OMPLETE ALL ITEMS. INFORMAION NOT APPLIOCABLE ENTER N/A.

) DATE AND TIME OF ARREST: 02-06-09  7:36  AM ____ PM ✓

) LANGUAGE SPOKEN: Spanish

) OFFENSE (S) CHARGED: 18 USC 924(c) - Armed drug trafficking
18 USC 1951(a) - Hobbs Act Robbery

) DATE OF BIRTH: 12/15/77

) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
{ } INDICTMENT   (✓) COMPLAINT TO BE FILED/ALREADY FILED
{ } BENCH WARRANT FOR FAILURE TO APPEAR
{ } PROBATION VIOLATION WARRANT
{ } PAROLE VIOLATION WARRANT
ORINGINATING DISTRICT: Southern District of Florida

) REMARKS: _____

) DATE: 02-06-09   (8) ARRESTING OFFICER: V. Valdi-z

) AGENCY: ATF    (10) PHONE: 305-481-1545

) COMMENTS: