UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09- 2160 Turnoff

UNITED STATES OF AMERICA,
Plaintiff,

v.

**NOTICE OF TEMPORARY
APPEARANCE AS COUNSEL**

Javier Rodriguez

Defendant.

_____/

COMES NOW Miguel del Aguila and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the **understanding** that the undersigned counsel will fulfill any **obligations imposed** by the Court such as **preparing and filing documents** necessary to collateralize any personal surety bond which may be set.

Counsel's Name (**Printed**): Miguel del Aguila

Counsel's Signature: [signature]

Address (include City/State/Zip Code):
6161 Blue Lagoon Drive
Suite 400 – Miami FL 33126

Telephone: 305- 267-4665    Florida Bar Number: 0232033

Date: 02-09-09