# COURT MINUTES
## U.S. MAGISTRATE JUDGE WILLIAM C. TURNOFF - 11TH FL ATKINS BLDG.

DATE: 02/09/09    TIME: 1:30 PM    PAGE: 6

DEFT: 5) JAVIER RODRIGUEZ (J)81843-004    CASE NO: 09-2160 - Turnoff

AUSA: Jamie McCall    ATTY: Miguel del Aguila (Temp)

AGENT: ATF    VIOL: HOBBS ACT ROBBERY/ARMED DRUG TRAFFICKING

PROCEEDING: INITIAL APPEARANCE    RECOMMENDED BOND: ___

BOND/PTD CONTESTED HRG - yes / (no)    CJA APP'T: ___

BOND SET @: ___

To be cosigned by:
INTERPRETER: Spanish

- ☐ All Standard Conditions.
- ☐ Surrender / or do not obtain passports / travel documents
- ☐ Rpt to PTS as directed / or ___ x's a week/month in person; ___ x's a week/month by phone
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in a mental health assessment and treatment
- ☐ Random urine testing by Pretrial Services and/or treatment as deemed necessary
- ☐ Not to encumber property.
- ☐ Maintain or seek full - time employment/education.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ May Not visit Transportation Establishments.
- ☐ Travel extended to: ___
- ☐ Home Confinement: Electronic Monitoring and/or Curfew ___ paid by ___
- ☐ Other ___

Disposition:

Δ Sworn & Advised

Counsel enters Temp Appearance (M. del Aguila)

Govt rec. PTD

REC/PTD + PREL/ARR reset

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:    PLACE:

✓ REPORT RE COUNSEL: 2/12/09 @ 10AM
✓ PTD/BOND HEARING: 2/12/09 @ 10AM
✓ PRELIM/ARRAIGN OR REMOVAL: 2/23/09 @ 10AM
STATUS CONFERENCE

TAPE No. 09G- 9    Begin: 2/92    TIME IN COURT: 3