## COURT MINUTES
## U.S. MAGISTRATE JUDGE  WILLIAM C. TURNOFF - 11TH FLOOR

**DATE:** 2/12/09    **TIME:** 10:00 A.M.    **PAGE: 25**

DEFT:   4) JAVIER RODRIGUEZ(J)81843-004    CASE NO:   09-2160-TURNOFF

AUSA:  Kelly Karase    ATTY:   MIGUEL DEL AGUILA  - TEMP

AGENT:    VIOL:   HOBBS ACT ROBBERY

PROCEEDING:   RRC/PTD    RECOMMENDED BOND:   PTD

BOND/PTD CONTESTED HRG - yes /no    CJA APP'T:

BOND SET @:

To be cosigned by:
INTERPRETER:  Spanish

Disposition:**ARRAIGNMENT SET FOR 2/23/09**

❑  All Standard Conditions.

RRC continued. 2/26

❑  Surrender / or do not obtain passports / travel documents

❑  Rpt to PTS as directed or _____ x's a week/month in person; _____ x's a week/month by phone

(PTD hrg held)

❑  Refrain from excessive use of alcohol

Gov't proffers in support

❑  Participate in a mental health assessment and treatment

of PTD

❑  Random urine testing by Pretrial Services and/or treatment as deemed necessary

Dfse rec. △'s release on

❑  Not to encumber property.

Bond.

❑  Maintain or seek full - time employment/education.

❑  No contact with victims / witnesses.

❑  No firearms.

— Court sets Bond

❑  May Not visit Transportation Establishments.

$250 K CSB/Nebbia

❑  Travel extended to: _____.

❑  Home Confinement: Electronic Monitoring and/or Curfew ___ _____, paid by _____.

❑  Other_____

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| REPORT RE COUNSEL: | Thurs. 2/26/09 | 10Am | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE | | | | |

TAPE No.   09-G- 12   Begin: (2030 - 3400)    TIME IN COURT:   15