UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA,**

    Plaintiff,                                   CASE NUMBER: 1:09-mj-02160-WCT-4

vs.

**JAVIER RODRIGUEZ,**

    Defendant.
_____/

## NOTICE OF PERMANENT APPEARANCE

**NOTICE** is hereby given that **GREGORY GONZALEZ,** Esquire enters his permanent appearance as counsel of record for the defendant, in connection with pre-trial proceedings and the trial of this cause before this Court. Pursuant to Rule 88.7 of the Local Rules of the Southern District of Florida, this appearance does not cover any collateral or appellate proceeding which may be related to this case. The Clerk of this Court is requested to send copies of all court notices pertaining to this cause to the undersigned.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct of the foregoing instrument has been furnished via CM/ECF on this 19th day of February, 2009 to the Office of the United States Attorney and to the Clerk of Court.

                                                        Respectfully submitted,

                                                        **GREGORY GONZALEZ, P. A.**
                                                        2420 Coral Way
                                                        Miami, Florida 33145
                                                        Office:        (305) 444-4870
                                                        Facsimile:    (305) 860-1559

                                                        s/ Gregory Gonzalez
              By:                        _____
                                                        **GREGORY GONZALEZ,** Esquire
                                                        Florida Bar Number: 0069272