**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 09-02160-mj-WCT**

**UNITED STATES OF AMERICA,**

vs.

**FERNANDO LEAL-PARRA,
REINALDOLOPEZ, OSNIEL RIVERO,
JAVIER RODRIGUEZ and LUIS ROMERO,**

    **Defendants.**
_____/

**UNITED STATES' NOTICE OF APPEARANCE**

Undersigned counsel hereby files this Notice of Appearance as a counsel of record for the United States of America in this cause.

                                         Respectfully submitted,

                                         R. ALEXANDER ACOSTA
                                         UNITED STATES ATTORNEY

By:    s/ Kelly S. Karase
        KELLY S. KARASE
        Court ID No. A5501183
        Assistant United States Attorney
        JLK Federal Justice Building
        99 Northeast Fourth Street, 6th Floor
        Miami, Florida 33132-2111
        Tel:  (305) 961-9415
        Fax: (305) 530-7976
        E-mail: kelly.karase@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the **24th** day of **February**, **2009**, the undersigned electronically filed the foregoing document, United States' Notice of Appearance, with the Clerk of the Court using CM/ECF.

    s/ Kelly S. Karase
    KELLY S. KARASE
    Assistant United States Attorney